# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131588

DALE BRADSHAW,
        Plaintiff-Appellee,

v

        SC: 131588
        COA: 258764
        Manistee CC: 04-011537-NH

WEST SHORE MEDICAL CENTER,
        Defendant-Appellee,

and

MUNSON HEALTH CARE, d/b/a
MUNSON HOME HEALTH,
        Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        CORRIGAN, J., dissents and states as follows:

        I would grant leave to appeal for the reasons stated in my dissent from the denial of leave to appeal in *Sturgis Bank & Trust Co v Hillsdale Community Health Ctr*, 268 Mich App 484 (2005). See 479 Mich 854 (2007).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2007

_____
Clerk

d1219